■ In the Matter of NICHOLAS STORMS, Appellant, v ENNIS J. OLGIATI, Chairman, New York State Board of Parole, et al., Respondents.—Judgment unanimously affirmed upon the opinion at Special Term, White, J. (Appeal from judgment of Cayuga Supreme Court—article 78.) Present—Marsh, P. J., Moule, Mahoney, Goldman and Witmer, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JAMES WATTS, Appellant.—Appeal unanimously dismissed as moot. *(People v Johnson,* 47 AD2d 639.) (Appeal from judgment of Onondaga County Court—grand larceny, second degree.) Present—Marsh, P. J., Moule, Mahoney, Goldman and Witmer, JJ.